· W. G. WADE *v.* D. KIRKLEY.

Appeal and Error—Bill of Exceptions—When Signed.
    A bill of exceptions cannot be made up and signed in vacation. Time may be given till the first day of the next term.

APPEAL FROM SIMPSON CIRCUIT COURT.

February 16, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

As decided by this court in *Freeman vs. Brenham, 17 B. Mon., 608, Tweed vs. Commonwealth, 2 Met. 379, Allard vs. Smith, 2*

*Met. 298, Vandevere vs. Griffith, 2 Met. 425,* a bill of evidence can not be made up and signed in vacation.

If time be given, it must be to the first day of the next term; and unless filed on that day, the right to have it filed and signed will be lost.

On appellant's motion a day during vacation was given to pre-pare, have signed and file in bill of evidence, which placed the case beyond the reach of this and the inferior court after the term had expired.

Motion to set aside order dismissing the appeal on applicant's affidavit is overruled.